UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pamela Williams, on behalf of herself and all others similarly situated,
    Plaintiff,

v.

ALL ONE GOOD FAITH, INC.,

CASE NO.: 1:20-cv-4442

    Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, All One Good Faith, Inc., that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, All One Good Faith, Inc. shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: October 6, 2020

Respectfully Submitted,

    /s/David Paul Force
David Paul Force Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
dforce@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

The Clerk of Court is directed to close this case

SO ORDERED.

Paul G. Gardephe
United States District Judge

October 7, 2020